UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NICHOLAS WILLIAM HUBBELL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:24-cv-00613-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME<br><br>(ECF No. 12) |

　　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

　　　　1.　　Defendant shall file an opposition to Plaintiff's motion for summary judgment on or before **October 4, 2024**; and

　　　　2.　　Plaintiff's reply, if any, shall be filed on or before **October 18, 2024**.

IT IS SO ORDERED.

Dated:　**September 6, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE