UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NICHOLAS WILLIAM HUBBELL,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 1:24-cv-00613-SAB<br><br>ORDER RE STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT<br><br>(ECF No. 14) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated:  October 1, 2024          */s/  Francesco Paulo Benavides*\*
                                              FRANCESCO PAULO BENAVIDES
                                              Attorney for Plaintiff
                                              *\*Authorized via e-mail on September 27, 2024*

STIPULATION TO REMAND

|   |   |
|---|---|
|   | PHILLIP A. TALBERT<br>United States Attorney |
|   | MATHEW W. PILE<br>Associate General Counsel<br>Office of Program Litigation, Office 7 |
| By: | /s/ Mary Tsai<br>MARY TSAI<br>Special Assistant U.S. Attorney<br>Office of Program Litigation, Office 7 |
|   | Attorneys for Defendant |

## ORDER

Pursuant to the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

IT IS FURTHER ORDERED that all pending matters are VACATED.

IT IS SO ORDERED.

Dated:   **October 1, 2024**

UNITED STATES MAGISTRATE JUDGE