# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS WILLIAM HUBBELL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:24-cv-00613-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(ECF No. 17) |

On October 23, 2024, Plaintiff Nicholas William Hubbell filed a stipulation for the award and payment of attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412(d) and costs pursuant to 28 U.S.C. § 1920.  (ECF No. 17.)

Accordingly, Plaintiff is awarded attorney fees in the amount of SIX THOUSAND SIX HUNDRED DOLLARS AND ZERO CENTS ($6,600.00) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of FOUR HUNDRED FIVE DOLLARS AND ZERO CENTS ($405.00) under 28 U.S.C. § 1920, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:  **October 23, 2024**

UNITED STATES MAGISTRATE JUDGE

1